

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   SACV 02-223 AHS (ANx)          Dated and filed on: September 4, 2003

Title:   Abraham David Torres v. County of Orange, et al.

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:  **HON. ARTHUR NAKAZATO, U. S. MAGISTRATE JUDGE**

Melissa Cash                                             None
Deputy Clerk                                             Court Reporter

**MINUTE ORDER**
(In Chambers - No Appearances)

**PROCEEDINGS:**   Plaintiff's motion to compel defendant deputy Kent to produce documents filed on August 12, 2003 ("Motion")

**RULINGS:**   The Motion is DENIED.

**DISCUSSION:**

The Magistrate Judge has reviewed the parties' respective papers and finds that oral arguments would not assist him in ruling on the Motion. Accordingly, the Motion was taken under submission without a hearing pursuant to Local Rule 7-15.

The Motion is denied because plaintiff's counsel did not make a sufficient pre-filing attempt to eliminate a need for the Motion in the manner required by Local Rule 37-1, specifically, by sending defendant's counsel a "letter identifying each issue and/or discovery request in dispute" supported by points and authorities for each disputed request. The Magistrate Judge also finds defendant invoked official information privilege objections in the manner required by *Miller v. Pancucci*, 141 F.R.D. 292, 300-01 (C.D. Cal. 1992), and that plaintiff did not make a corresponding, "good-faith showing as to whether the asserted privilege should be sustained" prior to bringing the Motion. *Miller*, 141 F.R.D. 301.

IT IS SO ORDERED.

cc:   JUDGE STOTLER
      All Parties                                       Initials of Deputy Clerk

ENTER ON ICMS
SEP - 8 2003