

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    SACV 02-223 AHS (ANx)          Dated and filed on: September 4, 2003

Title:    Abraham David Torres v. County of Orange, et al.

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT: **HON. ARTHUR NAKAZATO, U. S. MAGISTRATE JUDGE**

Melissa Cash                                                None
Deputy Clerk                                                Court Reporter

### MINUTE ORDER
(In Chambers - No Appearances)

**PROCEEDINGS:**   Plaintiff's motion to compel production of copy of psychological examination of plaintiff and related request for attorney's fees and costs filed on August 12, 2003 ("Motion")

**RULINGS:**   The Motion is DENIED.

**DISCUSSION:**

The Magistrate Judge has reviewed the parties' respective papers and finds that oral arguments would not assist him in ruling on the Motion. Accordingly, the Motion was taken under submission without a hearing pursuant to Local Rule 7-15. The parties' papers establish that defendants' counsel was not faxed the preliminary report of plaintiff's psychological examination ("Preliminary Report") until August 4, 2003, and that he promptly mailed a copy of it to plaintiff's counsel on August 6, 2003, six days before plaintiff filed the Motion on August 12, 2003. Further, in a letter accompanying the Preliminary Report, defendants' counsel also explained the Comprehensive Report was expected to be available on or about August 15, 2003. Therefore, the Motion is denied as moot with respect to the Preliminary Report, and it is premature as to the Comprehensive Report. Nonetheless, the Court expects defendants' counsel to mail a copy of the Comprehensive Report to plaintiff's counsel within 24 hours of its receipt.

IT IS SO ORDERED.

cc:   JUDGE STOTLER
      All Parties                                Initials of Deputy Clerk

ENTER ON ICMS
SEP - 8 2003