# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   SACV 02-223 AHS (ANx)          Dated and filed on: September 4, 2003

Title:     Abraham David Torres v. County of Orange, et al.

======================================================================

**DOCKET ENTRY**

======================================================================

PRESENT: **HON. ARTHUR NAKAZATO, U. S. MAGISTRATE JUDGE**

Melissa Cash                                        None
Deputy Clerk                                        Court Reporter

### MINUTE ORDER
(In Chambers - No Appearances)

**PROCEEDINGS:**   Plaintiff's motion to compel defendant to permit inspection of video tapes filed on August 14, 2003 ("Motion")

**RULINGS:**       The Motion is DENIED.

**DISCUSSION:**

ENTER ON ICMS
SEP - 8 2003

The Magistrate Judge has reviewed the parties' respective papers and finds that oral arguments would not assist him in ruling on the Motion. Accordingly, the Motion was taken under submission without a hearing pursuant to Local Rule 7-15.

The Motion is denied because the joint stipulation fails to set forth the disputed request and the alleged insufficient answer, verbatim, as expressly required by Local Rule 37-2.1. Indeed, the moving papers and joint stipulation do not even identify which defendant was served with the disputed request, which was not served until July 3, 2003, a month before the then-current discovery cut-off date of August 4, 2003.[1] By failing to comply with this requirement, the Court is unable to evaluate the nature and scope of the moving party's

---

[1] On August 14, 2003, the District Judge signed a stipulation and order extending the fact discovery cut-off date until September 15, 2003.

request or the nature and validity of the opposing party's objections. The failure to include defendant's response is particularly significant here because the parties hotly dispute whether a July 24, 2003 response to the request constitutes a proper objection; plaintiff contends the unidentified responding defendant waived all objections because the disputed response does not constitute a proper objection while the defendants naturally disagree. The Motion also fails to establish that plaintiff made a sufficient, good-faith pre-filing effort to eliminate a need for the Motion before bringing the Motion in the manner required by Local Rule 37-1.

    IT IS SO ORDERED.

cc:  JUDGE STOTLER
      All Parties                      Initials of Deputy Clerk _____