# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | _____ |
| v. | |
| DEFENDANT(S). | **AMENDED JUDGMENT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

_____

```
thereafter until paid in full.  Any monthly payment that is paid later than ten days after the due
date shall cause the remaining balance to become immediately due and payable, and said balance shall
become a judgment against plaintiff.
```

                                                       Clerk, U.S. District Court

Dated: _____        By _____
                                                    Deputy Clerk

At: _____

cc:    Counsel of record

CV-44 (11/96)                    **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**